## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SEUNGMAN KIM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:22-cv-367-JRG |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., and ) | |
| SAMSUNG ELECTRONICS ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Order (Dkt. 8), dated October 21, 2022, Plaintiff Seungman Kim and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., hereafter referred to as "the Parties," jointly and respectfully move for entry of the parties' Agreed Docket Control Order attached hereto.

Dated:  December 8, 2022                    Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
jainsworth@wilsonlawfirm.com

        Jonathan Loevy
        Michael Kanovitz
        Matthew Topic
        LOEVY & LOEVY
        311 N. Aberdeen
        Chicago, IL 60607
        Telephone: (312)243-5900
        jon@loevy.com
        mike@loevy.com
        matt@loevy.com

        ATTORNEYS FOR PLAINTIFF
        SEUNGMAN KIM


        */s/ Michael E. Jones*
        Michael E. Jones
        State Bar No. 10929400
        mikejones@potterminton.com
        Shaun W. Hassett
        State Bar No. 24074372
        shaunhassett@potterminton.com
        POTTER MINTON, P.C.
        110 N. College Ave., Suite 500
        Tyler, Texas 75702
        Tel: (903) 597-8311
        Fax: (903) 593-0846

        ATTORNEYS FOR DEFENDANTS
        SAMSUNG ELECTRONICS COMPANY,
        LTD. AND SAMSUNG ELECTRONICS
        AMERICA, INC.


## **CERTIFICATE OF CONFERENCE**

     This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.


        */s/ Jennifer P. Ainsworth*
        Jennifer P. Ainsworth

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on December 8, 2022.  As such, this document was served on all counsel of record who are deemed to have consented to electronic service.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth