# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEUNGMAN KIM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:22-cv-367-JRG |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., and ) | |
| SAMSUNG ELECTRONICS ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Pursuant to the Court's Order (Dkt. 8), dated October 21, 2022, Plaintiff Seungman Kim and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., hereafter referred to as "the Parties", jointly and respectfully move for entry of the parties' Agreed Discovery Order attached hereto.

Dated:  December 8, 2022	Respectfully submitted,

/s/ Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
jainsworth@wilsonlawfirm.com

>Jonathan Loevy
>Michael Kanovitz
>Matthew Topic
>LOEVY & LOEVY
>311 N. Aberdeen
>Chicago, IL 60607
>Telephone: (312)243-5900
>jon@loevy.com
>mike@loevy.com
>matt@loevy.com
>
>ATTORNEYS FOR PLAINTIFF
>SEUNGMAN KIM
>
>
>*/s/ Michael E. Jones*
>Michael E. Jones
>State Bar No. 10929400
>mikejones@potterminton.com
>Shaun W. Hassett
>State Bar No. 24074372
>shaunhassett@potterminton.com
>POTTER MINTON, P.C.
>110 N. College Ave., Suite 500
>Tyler, Texas 75702
>Tel: (903) 597-8311
>Fax: (903) 593-0846
>
>ATTORNEYS FOR DEFENDANTS
>SAMSUNG ELECTRONICS COMPANY,
>LTD. AND SAMSUNG ELECTRONICS
>AMERICA, INC.

## **CERTIFICATE OF CONFERENCE**

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

>*/s/ Jennifer P. Ainsworth*
>Jennifer P. Ainsworth

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on December 8, 2022. As such, this document was served on all counsel of record who are deemed to have consented to electronic service.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
