## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SEUNGMAN KIM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:22-cv-367-JRG |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., and ) | |
| SAMSUNG ELECTRONICS ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING
## INITIAL AND ADDITIONAL DISCLOSURES

Plaintiff Seungman Kim provides notice that on December 15, 2022, his Initial and Additional Disclosures were served upon Defendants' counsel of record via electronic mail, pursuant to the Court's Docket Control Order [Dkt. No. 20] and Paragraphs 1 and 3 of the Discovery Order [Dkt. No. 21].


Dated:  December 15, 2022

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
jainsworth@wilsonlawfirm.com

>Jonathan Loevy
>Michael Kanovitz
>Matthew Topic
>LOEVY & LOEVY
>311 N. Aberdeen
>Chicago, IL 60607
>Telephone: (312)243-5900
>jon@loevy.com
>mike@loevy.com
>matt@loevy.com
>
>ATTORNEYS FOR PLAINTIFF
>SEUNGMAN KIM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 15th day of December, 2022

>*/s/ Jennifer P. Ainsworth*
>Jennifer P. Ainsworth