IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEUNGMAN KIM,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                    Defendants. | Civil Action No.: 2:22-cv-00367-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 of the Rules of Practice for Patent Cases before the Eastern District of Texas, and the Court's Amended Docket Control Order (Dkt. 20), Plaintiff Seungman Kim ("Kim") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") hereby submit this Joint Claim Construction and Prehearing Statement pursuant to P.R. 4-3. The patents asserted in this case are U.S. Patent No. 9,509,822 ("the '822 Patent"), U.S. Patent No. 9,973,929 ("the '929 Patent"), U.S. Patent No. 10,085,151 ("the '151 Patent"), U.S. Patent No. 10,111,098 ("the '098 Patent"), U.S. Patent No. 10,149,164 ("the '164 Patent"), U.S. Patent No. 10,299,133 ("the '133 Patent"), U.S. Patent No. 11,184,771 ("the '771 Patent") and U.S. Patent No. 11,553,072 ("the '072 Patent").

**I.      P.R. 4-3(A)(1): Agreed Constructions**

Pursuant to P.R. 4-3(a)(1), the parties agree that the preambles for the asserted claims are limiting.

**II.     P.R. 4-3(A)(2): Proposed Constructions Of Disputed Terms; Intrinsic And Extrinsic Evidence**

Kim's proposed constructions and related disclosures are attached as Exhibit 1. Where

intrinsic and extrinsic citations have been made for a particular claim term, phrase, or clause they should be understood as applicable to each other instance where the same term, phrase, or clause appears elsewhere. Kim is also simultaneously serving the expert declaration of Dr. Chuck Easttom in support of his claim construction positions and in opposition to Samsung's positions.

Exhibit 2 contains Samsung's proposed constructions for each disputed claim term and intrinsic and other evidence in support. Where intrinsic and extrinsic citations have been made for a particular claim term, phrase, or clause they should be understood as applicable to each other instance where the same term, phrase, or clause appears elsewhere. Samsung is also simultaneously serving the expert declaration of Dr. Kevin Jeffay in support of its claim construction positions and in opposition to Kim's positions.

The parties' Joint Claim Construction Chart of Disputed Claim Terms, Phrases, or Clauses is below:

| No. | Term/Phrase/Clause Claim | Kim's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 1 | "area condition"<br><br>'822 Patent: Claim 19<br>'929 Patent: Claims 1-6, 16, 18<br>'151 Patent: Claims 1-6, 9, 11, 13, 16<br>'098 Patent: Claims 1-6, 11, 13, 16<br>'164 Patent: Claims 1, 11-15, 19<br>'133 Patent: Claims 1, 11-15, 19<br>'771 Patent: Claims 1, 3, 10, 13-15, 20, 26, 28, 32<br>'072 Patent: Claims 1-6, 8, 12, 14, 20, 33, 40, 42, 44 | No construction necessary. The term should be given its plain and ordinary meaning.<br><br>Alternative construction: "geographic region designated as a prerequisite to not require the set security mode/security check process/password to access the normal mode" | "defined distance between [a/the] mobile device and a selected external device"<br><br>Alternatively, the term is indefinite |
| 2 | "a data signal [to correspond/ corresponding] to a menu or function of the mobile device" | No construction necessary. The term should be given | Indefinite |

| No. | Term/Phrase/Clause Claim | Kim's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| | '164 Patent: Claim 1<br>'133 Patent: Claim 1<br>'771 Patent: Claim 1 | its plain and ordinary meaning.<br><br>Alternative construction: "a data signal     used in connection with a menu or function of the mobile device" | |
| 3 | "the password as the safe zone of the security mode"<br><br>'929 Patent: Claims 1, 18<br>'151 Patent: Claim 1<br>'098 Patent: Claim 1 | No construction necessary. The term should be given its plain and ordinary meaning.<br><br>Alternative construction: "the characters, numbers, motions, audio, and/or images required to unlock the mobile device" | Indefinite |
| 4 | "an interface unit configured to receive a user input and to wirelessly communicate with an external device to transmit or receive a data signal"<br><br>'929 Patent: Claims 1, 18 | Plaintiff disputes that this limitation is governed by 35 U.S.C. § 112(f).  If the Court finds that this limitation is governed by 35 U.S.C. § 112(f):<br><br>Function: "receive a user input and wirelessly communicate with an external device to transmit or receive a data signal"<br><br>Structure: interface unit[1] | Governed by 35 U.S.C. § 112(f)<br><br>Indefinite due to absence of corresponding structure (algorithm) in the specification under 35 U.S.C. § 112(b), 112(f).<br><br>Function: "receive a user input and wirelessly communicate with an external device to transmit or receive a data signal"<br><br>Structure/Algorithm: None |

---

[1] For terms 4-8, Plaintiff contends that even if the limitations are construed as means-plus-function, the terms "interface" and "interface unit" do not require the disclosure of additional structure in the specification.  *See e.g. In re Katz Interactive Call Processing Pat. Litig.*, 639 F.3d 1303, 1316 (Fed. Cir. 2011).

| No. | Term/Phrase/Clause Claim | Kim's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 5 | "an interface configured to receive a user input, and configured to wirelessly communicate with an external network to transmit or receive a data signal"<br><br>'151 Patent: Claim 1 | Plaintiff disputes that this limitation is governed by 35 U.S.C. § 112(f). If the Court finds that this limitation is governed by 35 U.S.C. § 112(f):<br><br>Function: "receive a user input, and wirelessly communicate with an external network to transmit or receive a data signal"<br><br>Structure: interface | Governed by 35 U.S.C. § 112(f)<br><br>Indefinite due to absence of corresponding structure (algorithm) in the specification under 35 U.S.C. § 112(b), 112(f).<br><br>Function: "receive a user input, and wirelessly communicate with an external network to transmit or receive a data signal"<br><br>Structure/Algorithm: None |
| 6 | "an interface configured to receive a user input, and configured to wirelessly communicate with an external network to transmit or receive a data signal to correspond to a menu or function of the mobile device;"<br><br>'164 Patent: Claim 1 | Plaintiff disputes that this limitation is governed by 35 U.S.C. § 112(f). If the Court finds that this limitation is governed by 35 U.S.C. § 112(f):<br><br>Function: "receive a user input, and wirelessly communicate with an external network to transmit or receive a data signal to correspond to a menu or function of the mobile device"<br><br>Structure: interface | Governed by 35 U.S.C. § 112(f)<br><br>Indefinite due to absence of corresponding structure (algorithm) in the specification under 35 U.S.C. § 112(b), 112(f).<br><br>Function: "receive a user input, and wirelessly communicate with an external network to transmit or receive a data signal to correspond to a menu or function of the mobile device"<br><br>Structure/Algorithm: None |
| 7 | "receiving a user input, and | Plaintiff disputes that this limitation is governed by | Governed by 35 U.S.C. § |

4

| No. | Term/Phrase/Clause Claim | Kim's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
|  | wirelessly communicating with an external network to transmit or receive a data signal to correspond to a menu or function of the mobile device, by using an interface;"<br><br>'133 Patent: Claim 1 | 35 U.S.C. § 112(f). If the Court finds that this limitation is governed by 35 U.S.C. § 112(f):<br><br>Function: "receiving a user input, and wirelessly communicating with an external network to transmit or receive a data signal to correspond to a menu or function of the mobile device"<br><br>Structure: interface | 112(f)<br><br>Indefinite due to absence of corresponding structure (algorithm) in the specification under 35 U.S.C. § 112(b), 112(f).<br><br>Function: "receiving a user input, and wirelessly communicating with an external network to transmit or receive a data signal to correspond to a menu or function of the mobile device"<br><br>Structure/Algorithm: None |
| 8 | "an interface to receive an input from a user and to wirelessly communicate with an external network to transmit or receive a data signal corresponding to a menu or function of the mobile device"<br><br>'771 Patent: Claim 1 | Plaintiff disputes that this limitation is governed by 35 U.S.C. § 112(f). If the Court finds that this limitation is governed by 35 U.S.C. § 112(f):<br><br>Function: "receive an input from a user and wirelessly communicate with an external network to transmit or receive a data signal corresponding to a menu or function of the mobile device"<br><br>Structure: interface | Governed by 35 U.S.C. § 112(f)<br><br>Indefinite due to absence of corresponding structure (algorithm) in the specification under 35 U.S.C. § 112(b), 112(f).<br><br>Function: "receive an input from a user and wirelessly communicate with an external network to transmit or receive a data signal corresponding to a menu or function of the mobile device"<br><br>Structure/Algorithm: None |

### III.    P.R. 4-3(A)(3): Anticipated Length Of Hearing

The claim construction hearing in this action is scheduled to occur on November 7, 2023 at 9:00 a.m. in Marshall, Texas before Judge Rodney Gilstrap. Dkt. No. 20 at 3. The parties anticipate that two (2) hours will be required, with each side being allotted one (1) hour.

### IV.    P.R. 4-3(A)(4): Witnesses

The parties do not expect to call any witnesses at the claim construction hearing.

### V.    P.R. 4-3(A)(5): Other Issues For A Prehearing Conference

Pursuant to P.R. 4-3(a)(5), the parties are unaware of any other issues that would be appropriate for a prehearing conference.

DATED: August 15, 2023

Respectfully Submitted,

By: */s/ Matthew Topic with permission, by Michael E. Jones*
Matthew Topic
Jonathan Loevy
Michael Kanovitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
Telephone: (312)243-5900
jon@loevy.com
mike@loevy.com
matt@loevy.com

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR PLAINTIFF SEUNGMAN KIM

By: */s/ Robert W. Unikel with permission, by Michael E. Jones*
Robert W. Unikel
IL Bar No. 6216974 (Admitted E.D. Texas)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (312) 499-6100

Andrea Pallios Roberts
andrearoberts@paulhastings.com Joshua Yin
joshuayin@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 320-1800
Fax: (650) 320-1900

Ariell N. Bratton
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121

7

Tel: (858) 458-3000
Fax: (858) 458-3005

Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett (TX Bar No. 24074372)
shaunhassett@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on August 15, 2023, counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(i).

                                                */s/ Robert W. Unikel*
                                                Robert W. Unikel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 15, 2023. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                */s/ Michael E. Jones*