IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEUNGMAN KIM,<br><br>                Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                Defendants | Case No. 2:22-cv-00367-JRG<br><br><br><br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Seungman Kim, and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendants raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

DATED:      August 31, 2023        Respectfully submitted by:

                                                                     */s/ Matthew Topic, with permission by*
                                                                     *Shaun W. Hassett*
                                                                       Jennifer Parker Ainsworth
                                                                       Texas State Bar No. 00784720
                                                                       WILSON, ROBERTSON & CORNELIUS, P.C.
                                                                       909 ESE Loop 323, Suite 400
                                                                       Tyler, Texas 75701
                                                                       Telephone: (903) 509-5000
                                                                       jainsworth@wilsonlawfirm.com

                                                                       Jonathan Loevy
                                                                       Michael Kanovitz
                                                                       Matthew Topic
                                                                       LOEVY & LOEVY
                                                                       311 N. Aberdeen
                                                                       Chicago, IL 60607
                                                                       Telephone: (312)243-5900

jon@loevy.com
mike@loevy.com
matt@loevy.com

ATTORNEYS FOR PLAINTIFF
SEUNGMAN KIM


 /s/ Shaun W. Hassett, with permission for
Robert W. Unikel
Robert W. Unikel
IL Bar No. 6216974 (Admitted E.D. Texas)
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (312) 499-6100

Andrea Pallios Roberts
andrearoberts@paulhastings.com
Joshua Yin
joshuayin@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 320-1800
Fax: (650) 320-1900

Ariell N. Bratton
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Tel: (858) 458-3000
Fax: (858) 458-3005

Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett (TX Bar No. 24074372)
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.

## **CERTIFICATE OF CONFERENCE**

 The undersigned hereby certifies that counsel for Plaintiff and Defendants have complied with the meet and confer requirement in Local Rule CV-7(i).  This motion is being filed jointly.

*/s/ Shaun W. Hassett*