IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEUNGMAN KIM,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 2:22-CV-00367-JRG<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Seungman Kim ("Kim" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") (together with Plaintiff, "the Parties"). (Dkt. No. 69). In the Stipulation, the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismissal with prejudice of all claims of infringement that Plaintiff raised or could have raised in the above-captioned case and to dismissal without prejudice of all claims, defenses, or counterclaims that Defendants raised. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims of infringement raised by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Court further **ACCEPTS AND ACKNOLWEDGES** that all claims, defenses, and counterclaims raised by Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for

relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 1st day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE